EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 4 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>            )<br>    vs.     )<br>            )<br>ANTHONY SWABA, )<br>            )<br>        Defendant. )<br>_____) | CR. NO. CR04-00398 DAE<br><br>INDICTMENT<br><br>18 U.S.C. §§ 922(g)(1)<br>  and 924(a)(2) |

### INDICTMENT

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury charges that:

On or about October 3, 2004, in the District of Hawaii, the defendant ANTHONY SWABA, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit, Federal .22 caliber ammunition that was manufactured in Minnesota and transported at some earlier point in interstate commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Sentencing allegations

1) At the time the defendant ANTHONY SWABA committed the offense charged above, he had at least three prior violent felony convictions (three Burglary 1 convictions and one Burglary 2 conviction) and is now an armed career criminal within the meaning of Title 18, United States Code, Section 924(e); and

2) As to the offense charged above, and in violation of section 2K2.1(b)(5) of the United States Sentencing Commission's Sentencing Guidelines, the defendant ANTHONY SWABA possessed the ammunition in connection with two other felony offenses, that is, the Promotion of Dangerous Drugs III, in violation of Hawaii Revised Statutes Section 712-1243 and Prohibited Acts Related to Drug Paraphernalia, in violation of Hawaii Revised Statutes Section 329-43.5.

DATED: 10/14/04 , at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. ANTHONY SWABA
Cr. No.         (Indictment)